# FILED

02/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0613

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0613

JASON D. FRANKS,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

## ORDER

Upon consideration of Unopposed Motion for Extension of Time to File Reply to Brief of Appellee, and good cause appearing;

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time to and including March 24, 2022, within which to prepare, file, and serve Reply to Brief of Appellee. No further extension will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 24 2022